IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01314-BNB

JONATHAN LEE VERNIER,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
U.S. DEPARTMENT OF JUSTICE, and
UNITED STATES OF AMERICA,

    Defendants.

---

ORDER TO DISMISS IN PART AND TO DRAW IN PART

---

    Plaintiff, Jonathan Lee Vernier, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Florence, Colorado. On May 20, 2013, Plaintiff filed a *pro se* Complaint, which was deficient. Plaintiff cured the deficiencies on June 19, 2013, and he was granted leave to proceed *in forma pauperis* without payment of an initial partial filing fee on June 20, 2013. Plaintiff asserts that on March 31, 2012, after two weeks of complaining to prison staff about the wet floor in his cell, he slipped, fell, and hit his head. Plaintiff contends he was unconscious and suffered a gash to the back of his head. He was taken to a hospital where tests were run and the gash was stitched. Plaintiff asserts one claim pursuant to the Federal Tort Claims Act (FTCA). As relief, he seeks damages.

    Because the only properly named defendant in a FTCA claim is the United States, *see Oxendine v. Kaplan*, 241 F.3d 1272, 1275 n. 4 (10th Cir. 2001) (citing *United States v. Smith*, 499 U.S. 160, 167 n. 9 (1991)), the Court will dismiss Defendants Federal Bureau of Prisons and United States Department of Justice. The

claims as asserted against the United States of America will be drawn to a district judge, pursuant D.C.Colo.LCivR. 40.1, to and to a magistrate judge.  Accordingly, it is

ORDERED that Defendants Federal Bureau of Prisons and United States Department of Justice are dismissed for the reasons stated above.  It is

FURTHER ORDERED that the FTCA claim asserted against the United States of America shall be drawn to a district judge pursuant to  D.C.Colo.LCivR 40.1 and to a magistrate judge.

DATED at Denver, Colorado, this  27th  day of    June         , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court