IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01314-MSK-KLM

JONATHAN LEE VERNIER,

> Plaintiff,

v.

United States of America,

> Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion to Amend Complaint** [Docket No. 15; Filed July 16, 2013] (the "Motion"). Plaintiff does not include a proposed Amended Complaint for the Court's and Defendant's review.

      IT IS HEREBY **ORDERED** that the Motion [#15] is **DENIED without prejudice**. If Plaintiff, who proceeds in this matter *pro se*, is seeking leave to file an Amended Complaint, he must file a motion which complies with the federal and local rules, namely, Fed. R. Civ. P. 15, and which includes the proposed Amended Complaint as a document separate from the Motion. The Court will not permit piecemeal adjudication of Plaintiff's case, thus Plaintiff must include all claims he seeks to bring and defendants he intends to name in the proposed Amended Complaint. Furthermore, Plaintiff must use the form complaint prescribed by this Court. D.C.COLO.LCivR 8.2A.

      IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to mail a copy of the *pro se* prisoner forms to Plaintiff at the address listed on the docket.

      Dated: July 26, 2013